UNITED STATES DISTRICT COURT

CRIMINAL MINUTES - ARRAIGNMENT AND PLEA
TIME:   2:05 - 2:21 pm

Case No.   3:06cr83/MCR                              Date   7/17/06

**DOCKET ENTRY:**    ARRAIGNMENT

**INTERPRETER:**

**UNITED STATES vs.**  1) KENT E. HOVIND     2) JO E. HOVIND
**PRESENT:** MILES DAVIS, UNITED STATES MAGISTRATE JUDGE

**Deputy Clerk:**           Joanne Ahr

**Court Reporter:**   CD

**Assistant U.S. Attorney:**   MICHELLE HELDMYER

**Attorney for Defendant:**   1) KAFAHNI NKRUMAH   2) KEN RIDLEHOOVER

  Appointed   X       Retained  _____

**PROCEEDINGS:**

   X       Defendant(s) are/is ARRAIGNED and specifically advised of rights.

_____   Arraignment recorded on tape number _____

   X       Defendant waives reading of indictment-information.

_____   Indictment-information read.


**PLEA:**

   X    Not Guilty  (deft's state plea made under duress)

_____   Guilty Counts _____


**TRIAL DATE: TUESDAY, SEPTEMBER 5, 2006 AT 9:00 A.M.**