IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                    CASE NO. 3:06cr83/MCR

KENT E. HOVIND
and
JO D. HOVIND
_____/

## VERDICT

We, the Jury in the above entitled and numbered case, unanimously find by a preponderance of the evidence that as to **Defendants Kent E. Hovind and Jo D. Hovind,**

$ __430,400__

was involved in the evasion of the currency transaction reporting requirements charged in Counts Thirteen through Fifty-Seven of the indictment, or is traceable to property involved in said offenses.

YES __X__

NO _____

SO SAY WE ALL.

Dated this __2__ day of November, 2006, in Pensacola, Florida.

_____
Foreperson

FILED IN OPEN COURT THIS

__11-02-2006__
CLERK, U.S. DISTRICT
COURT, NORTH. DIST. FLA.