IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:06CR83/MCR

KENT E. HOVIND

_____

FINAL ORDER OF FORFEITURE AS
TO DEFENDANT KENT E. HOVIND

WHEREAS, in the Indictment in the above-entitled action, the United States sought the criminal forfeiture, inter alia, of all property of the defendant, **KENT E. HOVIND,** pursuant to Title 31, United States Code, Section 5317, which incorporates by reference Title 21, United States Code, Section 853(p), as property, real or personal, involved in the violations set forth in Counts 13 through 57 of said indictment and/or property traceable thereto, to wit:  that the defendant did unlawfully structure financial transactions in violation of the provisions of Title 31, United States Code, Section 5324(a)(3) & (d);

AND WHEREAS, on or about November 2, 2006, defendant, **KENT E. HOVIND,** was found guilty of the violations set forth in Count 13 through 57 and a special verdict of forfeiture was entered by the jury with regard to the defendants' interest in the specifically below-described currency;

AND WHEREAS, on or about January 8, 2007, this Court entered an Amended Preliminary Order of Forfeiture, forfeiting all of **KENT E. HOVIND'S** rights and interest in the below described currency;

AND WHEREAS, by virtue of said guilty verdict and Special Verdict of Forfeiture, the United States is now entitled to possession of said currency, pursuant to Title 31, United States Code, Section 5317, and Rule 32.2(b) of the Federal Rules of Criminal Procedure; now wherefore,

IT IS HEREBY ORDERED:

1. That all of defendant **KENT E. HOVIND'S** right, title and interest in the currency described below is hereby forfeited to and vested in the United States of America and said forfeiture is now final as to defendant **KENT E. HOVIND** for all purposes.

2. That the currency which is subject to forfeiture in this Order is as follows:

**FOUR HUNDRED-THIRTY THOUSAND, FOUR HUNDRED AND 00/100 DOLLARS (430,400.00) IN UNITED STATES CURRENCY**

3. That the United States shall dispose of said currency in accordance with law or further Order of this Court.

IT IS SO ORDERED this 19th day of January, 2007.

                                                _s/ M. Casey Rodgers_
                                                M. CASEY RODGERS
                                                UNITED STATES DISTRICT JUDGE