IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                                                                  Case No. 3:06cr83/MCR

**KENT E. HOVIND**
and
**JO D. HOVIND**
_____/

### ORDER FORFEITING SUBSTITUTE PROPERTY

This matter came before the Court on the United States' motion to forfeit certain property of defendants Kent E. Hovind and Jo D. Hovind in substitution for the $430,400.00 money judgment entered by the jury in a special verdict of forfeiture on November 2, 2006, and the Preliminary Order of Forfeiture on November 13, 2006, forfeiting said currency to the United States.  Having reviewed the Government's motion and considering the relevant evidence presented at trial, this Court hereby FINDS that the defendants Kent E. Hovind and Jo D. Hovind have transferred, deposited into the name of third parties, or otherwise disposed of the $430,400.00 in forfeited proceeds or that said forfeited proceeds cannot be located upon the exercise of due diligence;

WHEREFORE, IT IS HEREBY ORDERED that:

All of defendants Kent E. Hovind and Jo D. Hovind's interest in and to the subject contents of Wachovia account number 20000-2577-8577; and real property located at:

1. 5720 North Palafox Highway, Pensacola, Florida;
2. 400 block Cummings Road, Pensacola, Florida;
3. 5800 block North Old Palafox Street, Pensacola, Florida;
4. 29 Cummings Road, Pensacola, Florida;
5. 21 Cummings Road, Pensacola, Florida;

    6.      100 Cummings Road, Pensacola, Florida;

    7.      23 Cummings Road, Pensacola, Florida;

    8.      120 Oleander Road, Pensacola, Florida;

    9.      12 Oleander Road, Pensacola, Florida; and

    10.     116 Cummings Road, Pensacola, Florida,

is hereby FORFEITED to the United States in partial substitution for the $430,400.00 forfeiture judgment.

IT IS FURTHER ORDERED that the above substitute property is subject to the disposition of any third party claims to said currency pursuant to Title 21, United States Code, Section 853(n);

IT IS FURTHER ORDERED that upon adjudication of all third party interests, the United States shall dispose of all above substitute property in accordance with law.

IT IS SO ORDERED this 27th day of June, 2006.


                                                          *s/ M. Casey Rodgers*
                                                       **M. CASEY RODGERS**
                                                       **UNITED STATES DISTRICT JUDGE**