**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

vs.                                                       Case Nos.    3:06cr83/MCR
                                                                                3:10cv487/MCR/EMT

KENT E. HOVIND

_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 3, 2011.  (Doc. 373).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      Defendant's motion for stay of criminal forfeiture (doc. 367) and his motion for immediate release on bond (doc. 368) are denied.

**DONE AND ORDERED** this 13th day of January, 2011.

s/ *M. Casey Rodgers*

**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**