UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  Case No.: 3:06cr83/MCR
         3:10cv487/MCR/EMT

KENT E. HOVIND
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 13, 2011. (Doc. 397). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Government's motion to dismiss (doc. 385) is **GRANTED**;

3. Defendant's Motion to Read all Grand Jury information (doc. 374) is **DENIED**;

4. Defendant's Motion to Produce Brady Materials (doc. 377) is **DENIED.**

5. Defendant's Motion to Dismiss the Indictment (doc. 389) is **DENIED**.

**DONE AND ORDERED** this 2nd day of May, 2011.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**