IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                      Case No.: 3:06cr83/MCR
                                                                              3:10cv487/MCR/EMT

KENT E. HOVIND
_____/

## O R D E R

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 2, 2011 (Doc. 402).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

      Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

      2.    Defendant's "motion to vacate" (Doc. 399) is **DENIED**.

**DONE AND ORDERED** this 10th day of June, 2011.

                                           *s/ M. Casey Rodgers*
                                           **M. CASEY RODGERS**
                                           **UNITED   STATES   DISTRICT   JUDGE**