## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:06cr83/MCR
    3:13cv350/MCR/EMT

KENT E. HOVIND

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 11, 2013. (Doc. 456). Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's Amended Motion to Vacate (doc. 454) is **DISMISSED**, as this court does not have jurisdiction to consider a second or successive motion absent leave from the Eleventh Circuit Court of Appeal, and alternatively, the motion is **DENIED and DISMISSED** as untimely.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 6th day of August, 2013.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**