UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

United States Of America
plaintiff

v.  Case No 3:06-CR-00083-1-MCR

Kent E. Hovind
defendants

Defendant's Opposition To Government's Motion For Order To Show Cause And For Discharge Of Lis Pendens

Comes Now Kent E. Hovind, and files this Motion, for the following reasons:

1. The defendant was not a defendant included in the Order referenced in the order entered by this court on 6/27/2012, which permanently enjoined said named defendants from interfering with the rights of the United States of America in and to the property at issue in any manner including filing or attempting to file liens, claims, or other encumbrances in any manner whatsoever without an order from this court., in Case 3:12-CV-136/MCR/EMT.

2. The defendant was never served a copy of said 6/27/2012 order, nor the motion underlying it, thus the defendant never was provided actual or constructive notice of said motion or order concerning the permanent injunction.

3. Based on the foregoing, the above referenced motion has no application to the defendant, and is moot. Therefore, the United States has no legal standing upon which to request that the defendant be held in contempt, or that said Lis Pendens be discharged.

WHEREFORE, based on the above, the defendant prays that the court will dismiss the government's motion, and grant the defendant any further relief the court deems appropriate.

Respectfully,

_Kent Hovind_  AUG 26, 2013
Kent E. Hovind
#06452-017
FPC Box 9000
BERLIN, NH 03570

Certificate of Service

Kent E Hovind, defendant, hereby certifies that a true copy of this motion was mailed via first class mail, postage prepaid, to AUSA Robert Stinson, at 111 N. Adams Street, 4th Floor, Tallahassee FL 32301.

_Kent Hovind_
Kent E Hovind

◇06452-017◇
Kent Hovind Sr.
PO BOX 9000
Federal Prison Camp
Berlin, NH 03570
United States

WHITE RIV JCT VT 050

29 AUG 2013 PM 2 L



FOREVER

Clerk of the Court
Federal Court
1 N. Palafox St.
Pensacola, FL 32502

3250235665