**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        CASE NO.: 3:06cr83/MCR

KENT E. HOVIND,

    Defendant.
                                    /

**AMENDED[1] ORDER ON MOTION FOR DISCHARGE OF LIENS**

    Plaintiff, United States of America, has filed joint motions for an order of discharge of four lis pendens filed in the public records of Escambia County, Florida, by the defendant, Kent E. Hovind ("Hovind"), and for an order to show cause why Hovind should not be held in contempt of court for wrongfully filing the lis pendens (doc. 465). Hovind has filed a response, claiming that the motions have no application to him, that plaintiff has no standing to bring the motions, and that the motions should be dismissed (doc. 466). To simplify execution of the court's directions, the motions shall be considered separately, with individual Orders as to each motion. This Order addresses the motion for an order for discharge of the lis pendens filed in Escambia County, Florida. Having fully considered the matter and the parties' arguments, the court finds that the lis pendens are null and void *ab initio* and the motion is due to be granted.

    The lis pendens filed by Hovind on May 29, 2013, are for the following four properties:

    1.    <u>21 Cummings Road</u>, Pensacola, Florida 32503; Parcel ID # 35-1S-30-30-9000-000-007, more particularly described as follows:

---

[1] The court recently entered an order granting Plaintiff's motion for discharge of lis pendens (*see* doc. 467), which contained a scrivener's error. This order modifies and supercedes that order; however, the only change pertains to the name correction from Eric Hovind to Kent E. Hovind found on the last page at paragraph number 2.

THE SOUTH 202 FEET OF LOT 7 OF CUMMINGS SUBDIVISION, A SUBDIVISION OF A PART OF LOT 59 OF THE AVERIA TRACT AND LOT 3 OF THE VIDAL TRACT OF ESCAMBIA COUNTY, FLORIDA ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 1, PAGE 86, OF THE PUBLIC RECORDS OF ESCAMBIA COUNTY, FLORIDA.

The lis pendens for 29 Cummings Road is recorded in OR Book 7022 Page 1701.

2. <u>29 Cummings Road</u>, Pensacola, Florida 32503; Parcel ID # 35-1S-30-9000-000-008, more particularly described as follows:

LT 8 CUMMINGS S/D PB 1 P 86 OR 6497 P 487 SEC 35/47 T 1S R 30.

The lis pendens for 29 Cummings Road is recorded in OR Book 7022 Page 1703.

3. <u>100 Cummings Road</u>, Pensacola, Florida 32503; Parcel ID # 35-1S-30-9000-001-010, more particularly described as follows:

THAT PORTION OF LOTS 9 AND 10 CUMMINGS SUBDIVISION, BEING A SUBDIVISION OF A PORTION OF SECTIONS 35 AND 37, TOWNSHIP 1 SOUTH, RANGE 30 WEST, ESCAMBIA COUNTY, FLORIDA, ACCORDING TO PLAT BOOK 1 AT PAGE 86 OF THE PUBLIC RECORDS OF SAID COUNTY, DESCRIBED AS FOLLOWS: COMMENCE AT THE NORTHEAST CORNER OF SAID LOT 10 FOR THE POINT OF BEGINNING; THENCE SOUTH 25°45'00" EAST ALONG THE EAST LINE OF LOT 10 A DISTANCE OF 181.50 FEET TO THE SOUTHEAST CORNER OF LOT 10; THENCE SOUTH 64'15'00" WEST ALONG THE SOUTH LINE OF LOT 10 A DISTANCE OF 9.00 FEET TO A POINT, SAID POINT BEING THE PC OF A CURVE TO THE LEFT; THENCE FROM SAID POINT SOUTH 72°48'30" WEST A DISTANCE OF 86.69 FEET; THENCE NORTH 25°25'44" WEST A DISTANCE OF 168.60 FEET TO THE NORTH LINE OF LOT 10; THENCE NORTH 64°15'00" EAST ALONG THE NORTH LINE OF LOT 10 A DISTANCE OF 93.78 FEET TO THE POINT OF BEGINNING

TOGETHER WITH NON-EXCLUSIVE EASEMENT:

THAT PORTION OF LOT 10, CUMMINGS SUBDIVISION BEING A SUBDIVISION OF A PORTION OF SECTION 35 AND 37, TOWNSHIP 1 SOUTH, RANGE 30 WEST, ESCAMBIA COUNTY, FLORIDA ACCORDING TO PLAT RECORDED IN PLAT BOOK 1 AT PAGE 86 OF THE PUBLIC RECORDS OF SAID COUNTY DESCRIBED AS FOLLOWS: COMMENCE AT THE SOUTHEAST CORNER OF SAID LOT 10; THENCE 64°15'00" W

ALONG THE NORTH RIGHT OF WAY LINE OF CUMMINGS ROAD. (66' RIGHT OF WAY) FOR 9.00 FEET TO THE POINT OF CURVATURE OF A CURVE CONCAVE TO THE SOUTHEAST HAVING A RADIUS OF 91.00 FEET, SAID POINT BEING THE POINT OF BEGINNING; THENCE SOUTHWESTERLY ALONG SAID CURVE (DELTA ANGLE = 33° CHORD DISTANCE = 52.82 FEET, CHORD BEARING = S 47°22'42' W) FOR AN ARC DISTANCE OF 53.59 FEET; THENCE N 38°48'12" W FOR 24.00 FEET; THENCE N 72°48'30' E FOR 56.69 FEET TO THE POINT OF BEGINNING.

The lis pendens for 100 Cummings Road is recorded in OR Book 7022 Page 1702.

4.  400 Cummings Road, Pensacola, Florida 32503; Parcel ID # 35-1S-30-9000-000-010, more particularly described as follows:

BEG AT NE COR LT 10 S 64 DEG 15 MIN W ALG N LI LT 10 93 78/100 FT FOR POB CONT S 64 DEG 15 MIN 0 SEC W ALG SD N LI & ITS WLY EXTEN 126 54/100 FT N 25 DEG 45 MIN 0 SEC W 267 FT TO SLY R/W LI OF OLEANDER DR S 64 DEG 15 MIN 0 SEC W 33 FT S 25 DEG 45 MIN 0 SEC E 138 FT SS 64 DEG 15 MIN 0 SEC W 42 FT S 25 DEG 45 MIN 0 SEC E 129 FT TO N LI OF LT 9 S 64 DEG 15 MIN 0 SEC W 7 26/100 FTS 24 DEG 32 MIN 18 SEC E 140 05/100 FT TO SW COR OF LT 9 S 82 DEG 54 MIN 55 SEC E 244 33/100 FT TO NWLY R/W LI OF CUMMINGS RD (66 FT R/W) SD PT BEING ON CIRCULAR CURVE CONCAVE SE RADIUS 91 FT DELTA ANG 90 DEG NELY ALG NWLY R/W LI & CURVE ARC DIST 142 94/100 FT (CHORD DIST 128 69/100 FT CHORD BEARING N 19 DEG 15 MIN 0 SEC E) S 72 DEG 48 MIN 30 SEC W 86 69/100 FT N 25 DEG 25 MIN 44 SEC W 168 60/100 FT TO POB BEING A PORTION OF LTS 9 & 10 CUMMINGS S/D PB 1 P 86 OR 4586 P 1838.

The lis pendens for 400 Cummings Road is recorded in OR Book 7022 Page 1700.

These properties and others were ordered forfeited to the United States in this court's Order of June 28, 2007, as partial substitutions for a $430,400.00 forfeiture judgment entered in the criminal case of *United States v. Kent Hovind*, Case No. 3:06cr83/MCR.  Kent Hovind filed a separate objection to the forfeiture order and, ultimately, this court entered an order reaffirming the substitute forfeitures, with limitations not pertinent here (Case 3:06cr83/MCR, doc. 325).  Consequently, it is unquestionable that (1) the United States of America, as owner of the forfeited properties, has standing to bring this motion, (2) that Hovind, as defendant and claimant in the prior judicial proceedings, had notice that the above-described properties were

forfeited to the United States, and (3) that Hovind has no ownership interest, legal or equitable, in the properties.[2]

Hovind's lis pendens create no valid encumbrance on or obstruction to the properties set out above. To ensure that the lis pendens' nullity is recognized, the court shall require plaintiff to file this Order in the public records of Escambia County, Florida.

Accordingly:

1. Plaintiff's motion for discharge of lis pendens is GRANTED.

2. Consistent with the court's findings and orders described above, Kent E. Hovind's lis pendens are null and void *ab initio* and have no effect on the rights and titles of the United States of America in and to the properties.

3. Plaintiff is directed to file this Order in the public records of Escambia County, Florida.

**DONE and ORDERED** this 2nd day of October, 2013.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[2] This court also addressed the issue of "labor liens" filed on these same properties in the companion case of *United States of America v. Creation Science Evangelism, Creation Science Evangelism Foundation, 21 Cummings Road Trust, 400 Block Cummings Subdivision Trust, 5720 N. Palafox Trust, 5800 N. Palafox Trust, 29 Cummings Road Trust*, Case No. 3:12cv136/MCR/EMT. The court held that the liens were null and void *ab initio* and enjoined the defendants from filing new notices of liens or other claims in Escambia County, directly or through the services of others, on property forfeited to the United States (Case 3:12cv136, doc. 7). Hovind claims that he was unaware of this Order, but any lack of notice is irrelevant in view of his notice of and objections to forfeitures of these properties in the case against him.

Case No. 3:06cr83/MCR